

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00257-CV

| | |
|---|---|
| KAREN MOLINA THOMPSON, Appellant<br><br>V.<br><br>YELLOWHOUSE MACHINERY CO. AND GEOFF DRYSDALE, Appellees | § On Appeal from County Court at Law No. 2<br><br>§ of Wichita County (CCL2-CV2021-2429)<br><br>§ July 24, 2025<br><br>§ Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr